CARLO CORRIERA, JR., an Infant, by MARY CORRIERA, His Guardian ad Litem, et al., Respondents, *v.* THIRD AVENUE TRANSIT CORPORATION, Appellant.

Argued January 4, 1951; decided January 18, 1951.

*James M. Gilleran* and *John J. O'Connor* for appellant.
*Isidor Enselman* and *Louis Solomon* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.